# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

SHANNON DESHANNON,

        **Plaintiff,**

vs.                                      Case No.: 19-cv-777

ANDREW SAUL,
**Commissioner of Social Security,**

        **Defendant.**

## NOTICE OF APPEAL

***Notice is hereby given*** that Shannon DeShannon, by his attorney, Dana W. Duncan, Duncan Disability Law, S.C., plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit, an order dated December 3, 2020 and the judgment dated December 3, 2020 by Federal District Judge Barbara Crabb which affirmed the decision of the Defendant, Andrew Saul, Commissioner of Social Security, denying plaintiff's application for disability insurance benefits under 42 U.S.C. §§ 216(i) and 223.

Dated this 30th day of December, 2020.

                                      **DUNCAN DISABILITY LAW, S.C.**
                                      Attorneys for the Plaintiff

                                        /s/ Dana W. Duncan
                                        _____
                                        Dana W. Duncan
                                        State Bar I.D. No.
                                        01008917 555 Birch St
                                        Nekoosa, WI 54457
                                        (715) 423-4000